

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00254-CV

**CITY OF SAN ANTONIO** and San Antonio River Authority,
Appellants

v.

Osvaldo **PERALTA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16836
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We tax costs of this appeal against Appellants City of San Antonio and San Antonio River Authority.

SIGNED September 16, 2015.

_____
Patricia O. Alvarez, Justice